IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URSULA HALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-05-158 |
| vs. | § | |
| | § | |
| | § | |
| CONTINENTAL AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT

The above-referenced case has been referred by United States District Judge Vanessa D. Gilmore for full pretrial management, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (Docket Entry #11).

The "Motion For A More Definite Statement or Alternatively Dismissal" filed by Defendant Continental Airlines is **GRANTED**. (Docket entry #29).

Following the scheduling conference, held on October 7, 2005, a number of amended pleadings and dispositive motions have been filed. To assist the court in a more efficient adjudication of the pending claims and defenses, it is ORDERED that

> 1. All initial disclosures, under Rule 26 of the Federal Rules of Civil Procedure, must be completed **on or before December 1, 2005.**
>
> 2. Plaintiff is to file a Second Amended Complaint, styled in that manner, in which she sets out the factual basis for her allegations that she was discriminated against on the basis of her sex/race, subjected to harassment, retaliated against for complaining of that unlawful treatment, and any adverse employment action that she allegedly suffered.
>
> Apparently, Plaintiff is also pursuing state law claims for defamation, assault, and "negligent hiring/retention". As to those state law claims, Plaintiff is ORDERED to provide notice to Defendant as to the factual basis for those claims.
>
> 3. Plaintiff's Second Amended Complaint is to be filed **on or before**

   **December 15, 2005**.

   4.  All other pending motions are **DENIED**, at this time, without prejudice to reurging after the amended pleadings have been filed.

   5.  Defendant is ORDERED to take any necessary discovery before filing a comprehensive dispositive motion under Rule 56, or Rule 12 (b)(1).

   6.  Pursuant to the Scheduling Order entered on October 13, 2005, Defendant's dispositive motion is due **on or before July 15, 2006**.

No further motions to dismiss under Rule 12 (b)(6), will be allowed as it is clearly inapplicable to Plaintiff's complaints.

The Clerk shall enter this Order and provide a true copy to all counsel of record.

**SIGNED** at Houston, Texas, this 18th day of November, 2005.

 

                    MARY MILLOY
              UNITED STATES MAGISTRATE JUDGE