IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URSULA HALL | § § § | |
| versus | § § | CIVIL ACTION NO. H-05-0158 |
| | § § | |
| CONTINENTAL AIRLINES, INC. | § | |

### FINAL JUDGMENT

For the reasons stated in Magistrate Judge Mary Milloy's Memorandum and Recommendation which was adopted by this Court by Order signed on January 5, 2006, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED on this the 5th day of January, 2007, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE